**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

TUCKERBROOK ALTERNATIVE INVESTMENTS, LP,

      Plaintiff,                                        CIVIL ACTION
v.                                                        NO.  08-10636-PBS

SUMANTA BANERJEE,
        Defendant,

<u>REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION</u>

TO: JUDGE SARIS

HILLMAN, M.J.

On   <u>September 23, 2008</u>   this case was scheduled for the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The parties contacted the court this day and reported

The case was:

( **X** )    Settled.  Your clerk should enter a <u> 30 </u> day order of dismissal.
(   )    There was progress.  A further conference has been scheduled for _____.
          unless the case is reported settled prior to that date.
(   )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
          productive.  This case should be restored to your trial list.

<u>September 25, 2008</u>                                      <u>/s/ Timothy S. Hillman</u>
Date                                                         TIMOTHY S. HILLMAN, M.J.